**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

RICKIE GREEN
ADC #117055                                                                                               PLAINTIFF

V.                                      NO: 5:07CV00171 JMM/HDY

GLENN BARNS *et al.*                                                                                 DEFENDANTS

**ORDER**

Plaintiff, an inmate at the East Arkansas Regional Unit of the Arkansas Department of Correction, filed a *pro se* complaint (docket entry #2), pursuant to 42 U.S.C. § 1983, on July 10, 2007. On August 30, 2007, Plaintiff filed a motion to voluntarily dismiss his complaint. For good cause shown, Plaintiff's motion to dismiss (docket entry #21) is GRANTED, and his complaint is DISMISSED WITHOUT PREJUDICE. All pending motions are denied as moot.

IT IS SO ORDERED this __4__ day of September, 2007.

_____
UNITED STATES DISTRICT JUDGE