### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

RICKIE GREEN  
ADC #117055                                                                                              PLAINTIFF

V.                    NO: 5:07CV00171 JMM/HDY

GLENN BARNS *et al.*                                                          DEFENDANTS

### **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.

DATED this __4__ day of September, 2007.

                                                           _____  
                                                           UNITED STATES DISTRICT JUDGE